WELLS, J.
We have for review Barnes v. State, 815 So.2d 745 (Fla. 1st DCA 2002), a per curiam decision affirming the lower court’s decision and citing State v. Medlin, 273 So.2d 394 (Fla.1973), and Reed v. State, 783 So.2d 1192 (Fla. 1st DCA 2001). We accepted jurisdiction based on this Court’s review of Reed, see art. V, § 3(b)(3), Fla. Const, and hereby remand for further proceedings in light of this Court’s decision in Reed v. State, 837 So.2d 366 (Fla.2002).
It is so ordered.
ANSTEAD, C.J., PARIENTE, LEWIS, QUINCE, CANTERO, and BELL, JJ., concur.